No. 98–5306. JONES v. ANDERSON, SUPERINTENDENT, MISSIS-
SIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari
denied.

No. 98–5307. LEBLANC v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 98–5308. MATHIS v. JOHN MORDEN BUICK, INC. C. A. 7th
Cir. Certiorari denied.

No. 98–5309. GRIGONIS v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 98–5310. HARDIN v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 98–5311. DIAZ v. ANDERSON, INTERIM DIRECTOR, CALI-
FORNIA DEPARTMENT OF SOCIAL SERVICES. C. A. 9th Cir. Cer-
tiorari denied.

No. 98–5312. GRANT v. TOSCO REFINING CO. C. A. 9th Cir.
Certiorari denied.

No. 98–5314. HILL v. UNITED STATES. C. A. 6th Cir. Certio-
rari denied.

No. 98–5315. DURHAM v. UNITED STATES. C. A. 2d Cir.
Certiorari denied.

No. 98–5317. HOMMRICH v. SCHNEIDER. Ct. App. Wis. Cer-
tiorari denied.

No. 98–5319. OZMEN v. NEW MEXICO. Dist. Ct. N. M., Ber-
nalillo County. Certiorari denied.

No. 98–5320. SPIVEY v. OHIO. Sup. Ct. Ohio. Certiorari de-
nied.

No. 98–5321. MOHD v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 98–5322. JONES v. UNITED STATES. Ct. App. D. C. Cer-
tiorari denied.

No. 98–5323. MITCHELL v. ELZIE ET AL. C. A. D. C. Cir.
Certiorari denied.